# SAIBER LLC

ATTORNEYS AT LAW

ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NEW JERSEY 07102-5311

TELEPHONE (973) 622-3333
TELECOPIER (973) 622-3349

WWW.SAIBER.COM

WILLIAM F. MADERER [+°]
DAVID J. D'ALOIA
JEFFREY W. LORELL [°]
DAVID R. GROSS [°]
SEAN R. KELLY [*°]
ARNOLD B. CALMANN [°]
JOAN M. SCHWAB
JENNINE DISOMMA [°]
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER [°▲]
MICHAEL J. GERAGHTY [°]
NINO A. COVIELLO [°]
THEODORE D. ADEN [°]
AGNES I. RYMER [°]
JAMES H. GIANNINOTO [♦]
NANCY A. WASHINGTON
MARC C. SINGER [°▲]
SETH E. ZUCKERMAN
MARC E. WOLIN [▲]
DAVID A. COHEN
JEFFREY SOOS
DANALYNN T. COLAO [°]

SAMUEL S. SAIBER
1929-2002

GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL

DAVID M. SATZ, JR.
MORTON GOLDFEIN [°]
EDWIN H. NORDLINGER [″]
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL

GUY S. MICHAEL
ROBERT J. CARROLL
ROBERT B. NUSSBAUM
DEREK TIMMS
COUNSEL

[°] MEMBER OF NJ & NY BARS
[▲] MEMBER OF NJ & PA BARS
[♦] MEMBER OF NJ, NY & CT BARS
[″] MEMBER OF NY BAR ONLY
[*] CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL AND CRIMINAL TRIAL ATTORNEY
[+] CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

MELISSA A. PROVOST
CHRISTINA L. FICHERA [°]
JENNIFER R. O'CONNOR
COLIN R. ROBINSON [▲]
MARK A. RONEY
CARA L. MIGLIACCIO
JACK CHAN [°]
DANIELE N. HANKIN [°]
JEFFREY J. PASEK
JOHN H. NOORLANDER [°]
ANDREW D. LA FIURA [°]
LAUREN M. LIMAURO
RINA GRASSOTTI [°]
UNA YOUNG KANG [▲]
KATHERINE A. ESCANLAR [°]
JAKOB B. HALPERN
SANJAY MANOCHA [°]
MATTHEW A. CATANIA [°]
ANTONIO A. GONZALEZ [°]
AMY K. SMITH [°]
JANE JHUN [°]
GERI L. ALBIN

Email:
map@saiber.com

May 15, 2008

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
**Martin Luther King, Jr. Federal Building
& U.S. Courthouse**
50 Walnut Street
Newark, New Jersey 07102

*[handwritten: Return date is July 7, 2008 at 10 AM. So Ordered, Peter Sheridan]*

Re: **The Prudential Insurance Company of America
v. Carla Rhodes and Derek Rhodes
Civil Action No. 2:08-CV-01143 (PGS)(ES)**

Dear Judge Sheridan:

We represent Defendant Derek Rhodes in the above captioned matter. We write to request a two-cycle adjournment of Derek Rhodes' Motion to Transfer Venue to the United States District Court for The Western District of Arkansas, from June 2, 2008 to July 7, 2008. We have obtained the consent of Daniel E. Orr, Esq., counsel for Plaintiff The Prudential Insurance Company of America, and John T. Crutchlow, Esq., counsel for Defendant Carla Rhodes.

We thank the Court for its courtesies.

Respectfully submitted,

Melissa A. Provost

MAP/er
cc: John T. Crutchlow, Esq.
Daniel E. Orr, Esq.
Robert A. White, ESq.

{00526809.DOC}