Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-In-Charge

**Daniel E. Orr**
Associate
609.919.6614
deorr@morganlewis.com

May 19, 2008

*[handwritten: Motion to be adjourned to July 7, 2008 at 10 AM. Peter Sheridan]*

**VIA ELECTRONIC FILING**

The Hon. Peter G. Sheridan, U.S.D.J
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *The Prudential Insurance Company of America v. Carla Rhodes and Derek Rhodes*
      Civil Action No. 08-1143 (PGS)

Dear Judge Sheridan:

We represent The Prudential Insurance Company in this case. As your Honor is aware, this is an interpleader action against Carla Rhodes and Derek Rhodes, who are competing claimants to life insurance benefits held by Prudential.

On May 2, 2008, Prudential filed a motion to dismiss Carla Rhodes' counterclaim. The motion is returnable on June 2, 2008. Since that time, we understand that Ms. Rhodes and Derek Rhodes have begun discussions regarding an amicable resolution.

In the interests of facilitating those discussions, we respectfully request that the court postpone the return date of our motion to dismiss from June 2, 2008 to June 16, 2008. We understand that counsel for Carla Rhodes and Derek Rhodes both consent to the adjournment.

Thank you for your assistance.

Respectfully,

Daniel E. Orr

C: Counsel of record (via electronic filing)