## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : : : | Civil Action No. 08-cv-1143 (PGS) |
| Plaintiff, | : : | |
| v. | : : : | **ORDER** |
| CARLA RHODES AND DEREK RHODES, | : : : : | |
| Defendants. | : : | |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter,

IT IS on this 30th day of June, 2008,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of the settlement.

_____
PETER G. SHERIDAN, U.S.D.J.